The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MORTENSON MANSON, A JOINT VENTURE, a Washington joint venture,<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:17-cv-00778-RSM<br><br>STIPULATION AND ORDER GRANTING AN EXTENSION OF TIME TO FILE INITIAL DISCLOSURES AND COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN |

Plaintiff, Mortenson Manson, a Joint Venture, ("MMJV"), and Defendant, ACE American Insurance Company, ("ACE"), by and through their respective counsel thereto, stipulate and agree that the time in which the parties shall have to submit their FRCP 26(a)(1) Initial Disclosures shall be extended for good cause shown to July 14, 2017, and the FRCP 26(f) Combined Joint Status Report and Discovery Plan shall be extended for good cause shown to July 21, 2017.

**MEMORANDUM OF LAW**

Rule 6(b)(1)(A) states, in pertinent part: "When an act may or must be done within a

STIPULATION AND ORDER GRANTING
EXTENSION OF TIME - 1
CASE NO. 2:17-cv-00778-RSM

**OLES MORRISON RINKER & BAKER** LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

1 specified time, the court may, for good cause, extend the time: (A) with or without motion or
2 notice if the court acts, or if a request is made, before the original time or its extension expires
3 …" Fed. R. Civ. P. 6(b)(1)(A).

4 Accordingly, the Court has the discretion and authority to grant an extension of time
5 for the filing of pleadings for good cause. *See PLU Investments, LLC v. Intraspect Group,*
6 *Inc.,* C10-626RSL, 2011 WL 1376192, at *1 (W.D. Wash. Apr. 12, 2011) (citing *In re Veritas*
7 *Software Corp. Sec. Litig.,* 496 F.3d 962, 974 (9th Cir. 2007)). A motion for extension of time
8 filed *before* a deadline has passed should "normally … be granted in the absence of bad faith
9 on the part of the party seeking relief or prejudice to the adverse party." *Id.* (citing *Ahanchian*
10 *x. Xenon Pictures, Inc.,* 624 F.3d 1253, 1259 (9th Cir. 2010).

11 Here, because the parties are engaged in discussions to efficiently gather extensive
12 construction project and insurance documents for production, there is good cause to grant this
13 extension of time and allow the parties until July 14, 2017 to submit their FRCP 26(a)(1) Initial
14 Disclosures and until July 21, 2017 to submit their FRCP 26(f) Combined Joint Status Report
15 and Discovery Plan.

16 DATED this 23rd day of June, 2017.

17 OLES MORRISON RINKER & BAKER LLP

18
19 BY: /S/ Angelia D. Wesch
    Angelia D. Wesch, WSBA No. 23377
    701 Pike Street, Suite 1700
20 Seattle, WA 98101-3930
    Phone: (206) 623-3427
21 Fax: (206) 682-6234
    Email: wesch@oles.com
22 *Attorneys for Plaintiff, Mortenson Manson,*
    *A Joint Venture*
23

STIPULATION AND ORDER GRANTING
EXTENSION OF TIME - 2
CASE NO. 2:17-cv-00778-RSM

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

| | |
|---|---|
| 1 | WILSON SMITH COCHRAN DICKERSON |
| 2 | |
| 3 | BY: /s/ Scott M. Stickney |
| | BY: /s/ Maria E. Sotirhos |
| 4 | BY: /s/ Jeff M. Sbaih |
| | Scott M. Stickney, WSBA # 14540 |

WILSON SMITH COCHRAN DICKERSON

BY: /s/ Scott M. Stickney
BY: /s/ Maria E. Sotirhos
BY: /s/ Jeff M. Sbaih
Scott M. Stickney, WSBA # 14540
Maria E. Sotirhos, WSBA # 21726
Jeff M. Sbaih, WSBA # 51551
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
Phone: (206) 623-4100
Fax: (206) 623-9273
Email: stickney@wscd.com
sotirhos@wscd.com
sbaih@wscd.com
*Attorneys for ACE American Insurance Co.*

## **ORDER**

IT IS SO ORDERED.

DATED this 26 day of June 2017.


_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER GRANTING
EXTENSION OF TIME - 3
CASE NO. 2:17-cv-00778-RSM

| | |
|---|---|
| 1 | Presented by: |
| 2 | OLES MORRISON RINKER & BAKER LLP |
| 3 | |
| 4 | BY: /s/ Angelia D. Wesch<br>Angelia D. Wesch, WSBA No. 23377<br>701 Pike Street, Suite 1700 |
| 5 | Seattle, WA 98101-3930<br>Phone: (206) 623-3427 |
| 6 | Fax: (206) 682-6234<br>Email: wesch@oles.com |
| 7 | *Attorneys for Plaintiff, Mortenson Manson, A Joint Venture* |
| 8 | |
| 9 | |
| 10 | Approved as to Form; Notice of Presentation Waived; Copy Received: |
| 11 | WILSON SMITH COCHRAN DICKERSON |
| 12 | |
| 13 | BY: /s/ Scott M. Stickney<br>BY: /s/ Maria E. Sotirhos<br>BY: /s/ Jeff M. Sbaih |
| 14 | Scott M. Stickney, WSBA # 14540<br>Maria E. Sotirhos, WSBA # 21726 |
| 15 | Jeff M. Sbaih, WSBA # 51551<br>901 Fifth Avenue, Suite 1700 |
| 16 | Seattle, WA 98164-2050<br>Phone: (206) 623-4100 |
| 17 | Fax: (206) 623-9273<br>Email: stickney@wscd.com |
| 18 | sotirhos@wscd.com<br>sbaih@wscd.com |
| 19 | *Attorneys for ACE American Insurance Co.* |
| 20 | |
| 21 | |
| 22 | |
| 23 | |

STIPULATION AND ORDER GRANTING
EXTENSION OF TIME - 4
CASE NO. 2:17-cv-00778-RSM