The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MORTENSON MANSON, A JOINT VENTURE, a Washington joint venture,<br><br>Plaintiff,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:17-cv-00778 RSM<br><br>STIPULATED MOTION TO ALLOW FILING OF AMENDED ANSWER AND ORDER |

The parties hereto bring this Stipulated Motion to Allow Filing of Amended Answer to permit Defendant ACE American Insurance Company ("ACE") to file an Amended Answer to correct typographical errors in relevant dates set forth in Paragraphs 10 and 14 of ACE's original Answer filed on May 26, 2017 (Dkt. No. 7).

As more than 21 days have elapsed since ACE filed and served its original Answer, Fed. R. Civ. P. 15(a)(1)(A) requires a Motion because amendment "as a matter of right" is no longer available. (Declaration of Scott M. Stickney in Support of Stipulated Motion to Allow Filing of Amended Answer ("Stickney Decl.") at ¶ 3.)

STIPULATED MOTION TO ALLOW FILING
OF AMENDED ANSWER AND ORDER – 1
[2:17-cv-00778 RSM]
MES1443.080/2598342x



901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

The parties believe it is in the interest of justice that the errors in ACE's Answer be corrected and thus bring this Stipulated Motion. (Stickney Decl. at ¶ 3.) Attached to the Stickney Decl. as **Exhibit A** is a true and correct, redlined copy of the proposed pleading entitled "Defendant ACE American Insurance Company's Amended Answer," which ACE will file upon the Court's anticipated grant of this Stipulated Motion. (Stickney Decl. at ¶ 4 & **Exhibit A**.)

DATED this 27th day of June, 2017.

*s/ Scott M. Stickney*
Scott M. Stickney, WSBA #14540 (stickney@wscd.com)
Maria E. Sotirhos, WSBA #21726 (sotirhos@wscd.com)
Jeff M. Sbaih, WSBA #51551 (sbaih@wscd.com)
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
Telephone (206) 623-4100; Fax (206) 623-9273

Attorneys for ACE American Insurance Company


*s/ Angelia D. Wesch* (per electronic authorization)
Angelia D. Wesch, WSBA# 23377 (wesch@oles.com)
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, WA 98101-3930
Telephone: (206)623-3427; Fax: (206)682-6234

Attorneys for Plaintiff

STIPULATED MOTION TO ALLOW FILING
OF AMENDED ANSWER AND ORDER – 2
[2:17-cv-00778 RSM]
MES1443.080/2598342x



901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

## ORDER

It is so Ordered.

DATED this 28 day of June, 2017.



RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO ALLOW FILING
OF AMENDED ANSWER AND ORDER – 3
[2:17-cv-00778 RSM]
MES1443.080/2598342x

WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273