The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MORTENSON MANSON, A JOINT VENTURE, a Washington joint venture,<br><br>                            Plaintiff,<br><br>    v.<br><br>ACE AMERICAN INSURANCE COMPANY, a foreign insurance company,<br><br>                            Defendant. | No. 2:17-cv-00778-RSM<br><br>STIPULATION AND ORDER GRANTING SECOND EXTENSION OF TIME TO FILE INITIAL DISCLOSURES AND COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN |

Plaintiff, Mortenson Manson, a Joint Venture, ("MMJV"), and Defendant, ACE American Insurance Company, ("ACE"), by and through their respective counsel thereto, stipulate and agree that the time in which the parties shall have to submit their FRCP 26(a)(1) Initial Disclosures shall be extended for good cause shown to July 24, 2017, and the FRCP 26(f) Combined Joint Status Report and Discovery Plan shall be extended for good cause shown to July 31, 2017.

STIPULATION AND ORDER GRANTING
SECOND EXTENSION OF TIME - 1
CASE NO. 2:17-cv-00778-RSM

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

## MEMORANDUM OF LAW

Rule 6(b)(1)(A) states, in pertinent part: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires …" Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, the Court has the discretion and authority to grant an extension of time for the filing of pleadings for good cause. *See PLU Investments, LLC v. Intraspect Group, Inc.,* C10-626RSL, 2011 WL 1376192, at *1 (W.D. Wash. Apr. 12, 2011) (citing *In re Veritas Software Corp. Sec. Litig.,* 496 F.3d 962, 974 (9th Cir. 2007)). A motion for extension of time filed *before* a deadline has passed should "normally … be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Id.* (citing *Ahanchian x. Xenon Pictures, Inc.,* 624 F.3d 1253, 1259 (9th Cir. 2010).

Here, because the parties are engaged in discussions to efficiently gather extensive construction project and insurance documents for production, there is good cause to grant this extension of time and allow the parties until July 24, 2017 to submit their FRCP 26(a)(1) Initial Disclosures and until July 31, 2017 to submit their FRCP 26(f) Combined Joint Status Report and Discovery Plan. This is the parties' second request for a short extension for good cause, and the parties believe further extensions will not be necessary.

DATED this 14th day of July, 2017.

OLES MORRISON RINKER & BAKER LLP

BY: /S/ Angelia D. Wesch
Angelia D. Wesch, WSBA No. 23377
701 Pike Street, Suite 1700
Seattle, WA 98101-3930
Phone: (206) 623-3427
Fax:  (206) 682-6234

STIPULATION AND ORDER GRANTING
SECOND EXTENSION OF TIME - 2
CASE NO. 2:17-cv-00778-RSM

1          Email:  wesch@oles.com
        *Attorneys for Plaintiff, Mortenson Manson,*
2          *A Joint Venture*

3          WILSON SMITH COCHRAN DICKERSON

4          BY: /s/ Scott M. Stickney
        BY: /s/ Maria E. Sotirhos
5          BY: /s/ Jeff M. Sbaih
        Scott M. Stickney, WSBA # 14540
6          Maria E. Sotirhos, WSBA # 21726
        Jeff M. Sbaih, WSBA # 51551
7          901 Fifth Avenue, Suite 1700
        Seattle, WA 98164-2050
8          Phone: (206) 623-4100
        Fax:  (206) 623-9273
9          Email:  stickney@wscd.com
        sotirhos@wscd.com
10         sbaih@wscd.com
        *Attorneys for ACE American Insurance Co.*

11

12         **ORDER**

13 IT IS SO ORDERED.

14 DATED this 17 day of July 2017.

15

16

17         _____
        RICARDO S. MARTINEZ
18         CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

STIPULATION AND ORDER GRANTING
SECOND EXTENSION OF TIME - 3
CASE NO. 2:17-cv-00778-RSM

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

| | |
|---|---|
| 1 | Presented by: |
| 2 | OLES MORRISON RINKER & BAKER LLP |
| 3 | |
| 4 | BY: /s/ Angelia D. Wesch<br>Angelia D. Wesch, WSBA No. 23377 |
| 5 | 701 Pike Street, Suite 1700<br>Seattle, WA 98101-3930 |
| 6 | Phone: (206) 623-3427<br>Fax:  (206) 682-6234 |
| 7 | Email:  wesch@oles.com<br>*Attorneys for Plaintiff, Mortenson Manson,* |
| 8 | *A Joint Venture* |
| 9 | |
| 10 | Approved as to Form; Notice of Presentation<br>Waived; Copy Received: |
| 11 | WILSON SMITH COCHRAN DICKERSON |
| 12 | |
| 13 | BY: /s/ Scott M. Stickney<br>BY: /s/ Maria E. Sotirhos |
| 14 | BY: /s/ Jeff M. Sbaih<br>Scott M. Stickney, WSBA # 14540 |
| 15 | Maria E. Sotirhos, WSBA # 21726<br>Jeff M. Sbaih, WSBA # 51551 |
| 16 | 901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164-2050 |
| 17 | Phone: (206) 623-4100<br>Fax:  (206) 623-9273 |
| 18 | Email:  stickney@wscd.com<br>sotirhos@wscd.com |
| 19 | sbaih@wscd.com<br>*Attorneys for ACE American Insurance Co.* |
| 20 | |
| 21 | |
| 22 | |
| 23 | |

STIPULATION AND ORDER GRANTING
SECOND EXTENSION OF TIME - 4
CASE NO. 2:17-cv-00778-RSM

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE:  (206) 623-3427
FAX:  (206) 682-6234