UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MORTENSON MANSON, A JOINT VENTURE, a Washington joint venture,<br><br>    Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a foreign insurance company,<br><br>    Defendant. | No. C17-778 RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

    IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, that any and all claims by Mortenson Manson, a Joint Venture ("MMJV") and ACE American Insurance Company ("ACE") are dismissed with prejudice and without payment of attorney's fees or costs to any party. The following Order of Dismissal is hereby approved and notice of presentment waived.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 2:17-cv-00778-RSM

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

DATED: August 2, 2018.

OLES MORRISON RINKER & BAKER LLP

 /s/ Melia A. Preedy
Angelia D. Wesch, WSBA No. 23377
Melia A. Preedy, WSBA No. 47490
701 Pike Street, Suite 1700
Seattle, WA 98101-3930
Phone: (206) 623-3427
Fax: (206) 682-6234
Email:  wesch@oles.com; preedy@oles.com
*Attorneys for Plaintiff, Mortenson Manson,*
*A Joint Venture*

WILSON SMITH COCHRAN DICKERSON

 /s/ Scott M. Stickney
Scott M. Stickney, WSBA No. 14540
Jeff M. Sbaih, WSBA No. 51551
901 Fifth Street, Suite 1700
Seattle, WA 98164
Phone: (206) 623-1700
Email:  stickney@wscd.com; sbaih@wscd.com
*Attorneys for Defendant ACE American*
*Insurance Company*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
CASE NO. 2:17-cv-00778-RSM

# ORDER

IT IS SO ORDERED this 3rd day of August 2018.

*(signature)*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**OLES MORRISON RINKER & BAKER LLP**

 /s/ Melia A. Preedy
Angelia D. Wesch, WSBA No. 23377
Melia A. Preedy, WSBA No. 47490
701 Pike Street, Suite 1700
Seattle, WA 98101-3930
Phone: (206) 623-3427
Fax:  (206) 682-6234
Email:  wesch@oles.com; preedy@oles.com
*Attorneys for Plaintiff, Mortenson Manson,*
*A Joint Venture*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 2:17-cv-00778-RSM

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234